IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

In re :
:
THE HAMMOCKS, LLC d/b/a : 1:09-cv-00411-MR
Richmond Hill Inn, :
:
      Debtor. :

**NOTICE OF FILING OF APPELLANT HARLEYSVILLE MUTUAL INSURANCE COMPANY'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED**

NOW COMES Appellant Harleysville Mutual Insurance Company ("Harleysville"), by and through counsel, and hereby attaches as Exhibit "A" its Designation of Items to be Included in the Record on Appeal and Statement of Issues to be Presented which was previously filed in the United States Bankruptcy Court for the Western District Court North Carolina on November 13, 2009 (Bankruptcy Doc. #95.) Harleysville hereby files the attached Designation of Items to be Included in the Record on Appeal and Statement of Issues to be Presented in the docket of this Court pursuant to this Court's Order entered on November 25, 2009 (Doc. #5.)

This the 3rd day of December, 2009.

        /s/ Brady A. Yntema
        David L. Brown
        N.C. State Bar No. 18942
        dbrown@pckb-law.com
        Brady A. Yntema
        N.C. State Bar No. 25771
        byntema@pckb-law.com
        PINTO COATES KYRE & BROWN, PLLC
        3203 Brassfield Road
        Greensboro, NC 27410
        Telephone: 336.282.8848
        Facsimile: 336.282.8409

        Michael R. Nelson
        P.A. State Bar No. 65679
        NELSON, LEVINE, de LUCA & HORST
        518 East Township Line Rd.
        Suite 300
        Blue Bell, PA 19422
        Telephone: (215) 358-5100

        Douglas Y. Christian
        P.A. State Bar No. 41934
        BALLARD SPAHR, LLP
        1735 Market Street, 51ST Floor
        Philadelphia, PA 19103-7599
        Telephone: (215) 665-8500

        *Attorneys for Harleysville Mutual*
        *Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of this Court on December 3, 2009, using the CM/ECF system which will send notification of such filing to all counsel of record for all interested parties to this appeal as follows and by regular U.S. mail to Attorney Ronald K. Payne as follows:

Marjorie Rowe Mann *(Attorney for Richmond Hill)*: mmann@roberts-stevens

U.S. Bankruptcy Administrator**:** **alexandria a kenny@ncwba.uscourts.gov**;
**ba desk@ncwba.uscourts.gov**

David G. Gray *(Attorney for Debtor/Debtor-in-Possession):* **judyhj@bellsouth.net**

Ronald K. Payne
LONG PARKER, WARREN,
    ANDERSON & PAYNE
P.O. Box 7216
Asheville, NC  28801

This the 3rd day of December, 2009.

    /s/ Brady A. Yntema
Brady A. Yntema
N.C. State Bar No. 25771
byntema@pckb-law.com
PINTO COATES KYRE & BROWN, PLLC
3203 Brassfield Road
Greensboro, NC 27410
Telephone: 336.282.8848
Facsimile: 336.282.8409