# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| In re:<br><br>THE HAMMOCKS, LLC d/b/a<br>Richmond Hill Inn,<br><br>        Debtor, | 09-10332 / Chapter 11 |
| THE HAMMOCKS, LLC d/b/a<br>Richmond Hill Inn, Debtor-in-Possession,<br><br>        Plaintiff,<br><br>v.<br><br>HARLEYSVILLE MUTUAL INSURANCE<br>COMPANY,<br><br>        Defendant. | Adversary Proceeding<br>No. 09-01035<br><br><br><br>**MOTION TO WITHDRAW REFERENCE AS TO ADVERSARY PROCEEDING NO. 09-01035** |

Pursuant to 28 U.S.C. § 157 and Federal Rule of Bankruptcy Procedure 5011, and for the reasons set forth in the accompanying Memorandum of Law In Support of the Motion to Withdraw the Reference, Harleysville Mutual Insurance Company ("Harleysville"), by and through its attorneys, hereby moves for an Order withdrawing the reference to the United States Bankruptcy Court for the Western District of North Carolina as to the above-captioned Adversary Proceeding.

Pursuant to Rule 5011 of the Federal Rules of Bankruptcy Procedure, Harleysville requests that its Motion to Withdraw the Reference be transmitted in a timely manner to the United States District Court for the Western District of North Carolina for hearing and disposition of the Motion.

DMEAST #12080692 v2

WHEREFORE, Harleysville Mutual Insurance Company respectfully requests that its Motion to Withdraw the Reference be granted and that reference be withdrawn as to Adversary Proceeding No. 090-01035 so that the action can be fully litigated and all issues of fact tried to a jury in the District Court.

Dated: December 28, 2009

/s/ David L. Brown
David L. Brown
N.C. State Bar No. 18942
dbrown@pckb-law.com
Brady A. Yntema
N.C. State Bar No. 25771
byntema@pckb-law.com
PINTO COATES KYRS & BROWN, PLCC
3203 Brassfield Road
Greensboro, NC 27410
Telephone: 336.282.8848
Facsimile: 336.282.8409

Michael R. Nelson
Pa. State Bar No. 65679
NELSON, LEVINE, DE LUCA & HORST
518 East Township Line Road
Suite 300
Blue Bell, PA 19422

Douglas Y. Christian
Pa. State Bar No. 41934)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

*Attorneys for Harleysville Mutual Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned certifies that the document to which this Certificate is affixed was served upon the party(s) to this action by means of the Electronic Filing System of the Bankruptcy Court on December 28, 2009.

/s/ Brady A. Yntema
Brady A. Yntema
N.C. State Bar No. 25771
byntema@pckb-law.com
PINTO COATES KYRE & BROWN, PLLC
3203 Brassfield Road
Greensboro, NC 27410
Telephone: 336.282.8848
Facsimile: 336.282.8409
*Attorney for Harleysville Mutual Insurance Company*