# United States District Court
# For The Western District of North Carolina
# Asheville Division

JUDGMENT IN A CIVIL CASE

In re: THE HAMMOCKS, LLC,
    d/b/a Richmond Hill Inn

1:09CV411

    Debtor

DECISION BY COURT. This action having come before the Court by Motion to Dismiss the Appeal and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 28, 2010 Order.

September 28, 2010

FRANK G. JOHNS, CLERK

BY: s/Phyllis Freeman
       Phyllis Freeman, Deputy Clerk